IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| EDWINA C. ROGERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:13-cv-98-GBL-TRJ |
| JON DEANE, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

THIS MATTER is before the Court on Defendants' Motion to Dismiss or In the Alternative for Summary Judgment (Doc. 9). For the reasons stated in open court on July 26, 2013,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 9) is **GRANTED** in part and **DENIED** in part. The Court grants Defendants' Motion for failure to state a claim and denies the Motion to the extent it seeks entry of summary judgment. Plaintiff's Amended Complaint is hereby **DISMISSED without prejudice**. Plaintiff may file an amended complaint within twenty (20) days of this order, and Defendants shall file a response thereto within twenty (20) days of Plaintiff's filing.

**IT IS SO ORDERED.**

ENTERED this 26th day of July, 2013.

Alexandria, Virginia
7 / 26 / 2013

/s/
Gerald Bruce Lee
United States District Judge