# MOTION HEARING

Date: October 18, 2013                               Judge: Gerald Bruce Lee
                                                    Reporter: Renecia Wilson
Start: 10:07
Finish: 10:44

Civil Action Number: 1:13cv98

## Edwina C. Rogers v. Jon Deane, et al.

Appearance of Counsel for (✓) Pltf    (✓) Deft

Robert Johnson              Dennis Quinn
Steve Gromminger            Kristine Ellison
Steve Oster

( ) Matter is Uncontested

Motion to/for:
**Deft's motion for summary judgment**

Argued &
( ) Granted  ( ) Denied  ( ) Granted in part/Denied in part
(✓) Taken Under Advisement  ( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow