IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| EDWINA ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 1:13-cv-00098-GBL-TRJ |
| JON DEANE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

THIS MATTER is before the Court on Defendants' Motion for Summary Judgment (Doc. 29). For the reasons to be stated in a forthcoming Memorandum Opinion and Order,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Doc. 29) is **GRANTED**.

This Order does not constitute a final judgment, and the time for appeal will not run until the Court issues the Memorandum Opinion and Judgment Order in accordance with Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

ENTERED this ___4th___ day of November, 2013.

Alexandria, Virginia
11/4 /2013

_____/s/_____
Gerald Bruce Lee
United States District Judge